**MEMO ENDORSED**

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　Web: www.abdulhassan.com

**January 19, 2021**

**Via ECF**

Hon. Ona T. Wang, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

<u>**Re: Marrero v. Ryer Realty Holdings 2108 LLC et al**</u>
　　　Case No: 20-CV-00603 (JPC)(OTW)
　　　Motion for Extension of Time

Dear Magistrate-Judge Wang:

　　　My firm represents plaintiff in the above-referenced action, and I respectfully write to seek a brief one-week extension of the January 19, 2021 deadline for the parties to submit a discovery status letter. This request is being made because to parties need the additional time is needed for the parties to confer as to settlement and reengage the mediator to assist. One prior request for an adjournment of this deadline was made and granted.

　　　We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

　/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**　　Defense Counsel via ECF

---

SO ORDERED:

Application GRANTED.

_____
**Ona T. Wang**　　　　1/21/21
United States Magistrate Judge

1