UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LUIS MARRERO,

               Plaintiff,

               -against-

RYER REALTY HOLDINGS 2108 LLC, et al.,

               Defendants.

------------------------------------------------------------x

20-cv-603 (OTW)

**ORDER OF DISMISSAL**

**ONA T. WANG**, **United States Magistrate Judge**:

Based on the settlement agreement reached by the parties (ECF 37) and approved by the Court at the June 21, 2021 conference, it is hereby ORDERED that this action is DISMISSED with prejudice and without costs or attorneys' fees, except as specified in the parties' settlement agreement. For the reasons stated on the record and transcribed by the court reporter at the June 21, 2021 conference, the Court finds the settlement to be fair and reasonable to the Plaintiff under the decision in *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2nd Cir. 2015).

      The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: June 23, 2021
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge